IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE LEE PARKS, JR., | 1:12-cv-00101-GSA (HC) |
| Petitioner, | ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| vs. | |
| TERI GONZALEZ, | (DOCUMENT #5) |
| Respondent. | |
| _____/ | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.

On February 13, 2012, petitioner filed an application to proceed in forma pauperis. Due to the fact that the court authorized petitioner in forma pauperis status in the present case on January 25, 2012, IT IS HEREBY ORDERED THAT petitioner's application of February 13, 2012, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   **February 16, 2012**           /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE